MJM:USAO 2019R00154

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. GLR-19-0307 |
| v. | * |
| | * (Use of a False Passport, 18 U.S.C. § 1543) |
| PHILIP OLASEHINDE, | * |
| | * |
| Defendant. | * |
| | *** |

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about December 1, 2016, in the District of Maryland, the defendant,

**PHILIP OLASEHINDE,**

willfully and knowingly used, and attempted to use, a false, forged, counterfeited, mutilated, and altered passport and instrument purporting to be a passport, in that the defendant presented a document falsely purporting to be a passport issued by the Republic of Ghana to a financial institution in order to open a banking account.

18 U.S.C. § 1543

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**   6/20/19
FOREPERSON               Date